UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

SUBODHCHANDRA T. PATEL,

Plaintiff,

v.   6:11-cv-3

JOHN PAUL, et al.,

Defendant.

## ORDER

On January 6, 2011, Subodhchandra T. Patel ("Patel") filed a civil rights action alleging that prison officials confiscated and threatened to destroy Patel's legal materials. *See* Doc. 1. Patel filed two amendments to his complaint, adding claims for all manner of civil rights violations ranging from prison officials' disregard of special religious diets to torture. *See* Docs. 10 and 23.

The Magistrate Judge recommended dismissing Patel's case in his Report and Recommendation ("R&R"), filed on April 11, 2011. *See* Doc. 36. One week later, on April 18, 2011, Patel moved this Court for voluntary dismissal of his case. *See* Doc. 38. The Court granted Patel's motion, and dismissed the case without prejudice on April 25, 2011. *See* Doc. 40.

Patel has now filed a motion to dismiss the R&R and to preserve the record of this case. *See* Doc. 41. Because this case has already been dismissed, Patel's motion to dismiss the R&R is *DENIED*. Patel's motion to preserve the record in this case is likewise *DENIED*. All Court records will be kept as they would in the ordinary course of Court business.

This 5th day of May 2011.

/s/ B. Avant Edenfield
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA